**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| BRIAN HEDDLESTON, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF MARIA HEDDLESTON, | : No. 57 WAL 2022 |
| | : |
| | : |
| | : |
| | : Petition for Allowance of Appeal |
| Petitioner | : from the Order of the Superior Court |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| OBSTETRICAL AND GYNECOLOGICAL ASSOCIATES OF PITTSBURGH INC. D/B/A OB/GYN ASSOCIATES OF PITTSBURGH, RENATA D. HOCA, M.D., PEDIATRIC ALLIANCE, P.C., D/B/A THE BREASTFEEDING CENTER OF PITTSBURGH, NANCY BRENT, M.D., LUCAS GODINEZ, D.O., ALICIA HARTUNG, D.O., MAGEE-WOMENS HOSPITAL-UPMC, AND UPMC, | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| Respondents | : |

## ORDER

**PER CURIAM**

      **AND NOW**, this 10th day of August, 2022, the Petition for Allowance of Appeal is **DENIED**.